The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STEPHEN M. KELLY,  )<br>SUSAN S. CRANE,  )<br>WILLIAM J. BICHSEL,  )<br>ANNE MONTGOMERY, and  )<br>LYNNE T. GREENWALD,  )<br>  )<br>Defendants.  )<br>_____ ) | NO. CR10-5586BHS<br><br>GOVERNMENT'S RESPONSE<br>TO DEFENDANTS' MOTION<br>TO SET ARRAIGNMENT<br>FOR LATE OCTOBER |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Arlen R. Storm and Catherine L. Crisham, Assistant United States Attorneys for said District, hereby files this memorandum in response to Defendants' motion to continue the arraignment date until late October (Docket No. 19).

**I. BACKGROUND**

On September 2, 2010, a federal grand jury for the Western District of Washington returned an Indictment charging the defendants with (1) conspiracy, in violation of Title 18, United States Code, Section 371; (2) trespassing on Naval Base Kitsap, a United States Naval installation, in violation of Title 18, United States Code, Section 1382; (3) destroying property within the special territorial jurisdiction of the United States, in violation of Title

RESPONSE TO DEFENDANTS'
MOTION TO SET ARRAIGNMENT
FOR LATE OCTOBER
(KELLY, et al, CR10-5586BHS) - 1

18, United States Code, Section 1363; and (4) committing a depredation against property of the United States having a value in excess of $1,000, in violation of Title 18, United States Code, Section 1361.

In order to provide the defendants with ample time to arrange for their travel to this District, and in order to ensure that they had sufficient time to arrange the least expensive means of transportation available, the government intentionally requested an arraignment date of September 24, 2010, three weeks from the date of indictment. Counsel for defendant Anne Montgomery, however, subsequently requested that the arraignment be continued, so that those defendants who were living out of the District could move to Tacoma before being arraigned. The government informed counsel that while it could agree to a one-week continuance to October 1, 2010, it felt uncomfortable agreeing to a continuance beyond that date. Thereafter, on September 15, 2010, and September 16, 2010, the defendants filed motions to continue the arraignment date to late October 2010.

## II.  ARGUMENT

The defendants have requested a continuance of the arraignment date to late October 2010, so that they can relocate to this district before they are arraigned, apparently to save the expense of having to return to their homes, pack, and pay for a second trip to this district. The government objects to the defendants' requested continuance.

First, defendants Bichsel and Greenwald are residents of Tacoma. Accordingly, they do not require the continuance sought.

With respect to defendants Kelly (who resides in Oakland, California), Crane (who resides in Baltimore, Maryland), and Montgomery (who resides in New York City), the government simply believes that their request is unreasonable. The defendants, who have not contested their identities, previously traveled across the country in order to engage in the conduct for which they have been indicted by the grand jury. Accordingly, before they engaged in that conduct, the defendants were well aware of the expenses that would be required in order to return to this District in order to defend their actions. Having made the

RESPONSE TO DEFENDANTS'
MOTION TO SET ARRAIGNMENT
FOR LATE OCTOBER
(KELLY, et al, CR10-5586BHS) - 2

decision to travel here despite the known costs of returning, it simply seems unreasonable for the defendants, at this time, to seek such a lengthy continuance of the judicial process.

Furthermore, the government respectfully submits that the defendants' proffered reason for the proposed lengthy continuance – to allow them sufficient time to arrange to move to this district for the pendency of the proceedings – does not mandate the relief sought. Indeed, Title 18, United States Code, Section 4285 provides that if this Court orders the defendants released pending further judicial proceedings, the Court may, if "the interests of justice would be served" and the Court is "satisfied, after appropriate inquiry, that [a] defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct to the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination." The government does not need to move for the defendants to be detained pending trial. Accordingly, if the defendants' financial situations are in fact as they have described in their pleadings, the above-cited statute provides a means for them to travel back to this District for subsequent proceedings, and negates the need for them to have several additional weeks to arrange their temporary move to the District.

In short, while the government believes that defendants' request for an arraignment date in late October 2010 is unreasonable and unnecessary under the circumstances, the government is not adverse to working with the defendants to agree upon a mutually-convenient arraignment date that will allow the defendants to obtain the least expensive airline tickets possible. The government believes that the currently-scheduled arraignment date during the first week of October should allow the defendants to accomplish that objective, while at the same time furthering the legitimate need of the government and the public to prosecute this case within a reasonable time frame.

RESPONSE TO DEFENDANTS'
MOTION TO SET ARRAIGNMENT
FOR LATE OCTOBER
(KELLY, et al, CR10-5586BHS) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 593-6316

### III. **CONCLUSION**

For the foregoing reasons, the government respectfully requests that the defendants' motion for a continuance of the arraignment date to late October be denied.

DATED this 22nd day of September, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney


 /s/ Arlen R. Storm
ARLEN R. STORM
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
Email: Arlen.Storm@usdoj.gov


 /s/ Catherine L. Crisham
CATHERINE L. CRISHAM
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-8451
Facsimile: (206) 553-0755
E-mail: catherine.crisham@usdoj.gov

RESPONSE TO DEFENDANTS'
MOTION TO SET ARRAIGNMENT
FOR LATE OCTOBER
(KELLY, et al, CR10-5586BHS) - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 593-6316

1  CERTIFICATE OF SERVICE

2  I hereby certify that on September 22, 2010, I electronically filed the foregoing with
3  the Clerk of the Court using the CM/ECF system which will send notification of such filing
4  to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the
5  attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

8  /s/ Rachel McDowell
   RACHEL MCDOWELL
9  Legal Assistant
   United States Attorney's Office
10 1201 Pacific Avenue, Suite 700
   Tacoma, Washington 98402
11 Telephone: (253) 428-3800
   Fax: (253) 428-3826
12 E-mail: Rachel.McDowell@usdoj.gov

28 RESPONSE TO DEFENDANTS'
   MOTION TO SET ARRAIGNMENT
   FOR LATE OCTOBER
   (KELLY, et al, CR10-5586BHS) - 5