10/2/10

Chief Magistrate Judge Karen L. Strombom
U.S. District Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, Washington 98402-3200

Dear Judge Strombom,

It is my deepest hope that when the five "Disarm Plowshares" come before you in your courtroom on Friday, October 8th, you will view their actions in the larger picture.

Nobody can truly comprehend the destructive power of a Trident submarine. It can carry 24 missiles, each of which can carry 8 warheads, each of which has 30 times the explosive force of the bomb that obliterated Hiroshima. If you do the math, the destructive power on a Trident submarine is 5760 times greater than the bomb that obliterated Hiroshima.

If one day the unthinkable actually happens and even a fraction of the destructive power on a Trident submarine is unleashed upon a city somewhere in the world, we will all in our shock and horror be asking the question, "Why couldn't someone have stopped this insanity?"

At great personal sacrifice, the five people before you are attempting to do just that. Their humble, nonviolent witness at the Kitsap-Bangor Naval Base is grounded in international laws, laws of sanity forged from the rubble of World War II.

These courageous and dedicated citizens are our sages and prophets, and they are the conscience of our nation. I wholeheartedly support their action and feel a immense debt of gratitude for their courage and commitment.

Again, I urge you to view their actions in the larger picture, a picture that embraces international law.

The survival of our planet hangs in the balance.

Sincerely,

*Margo Shafer*

Margo Shafer
1744 Virginia Street
Berkeley, CA 94703

10-CR-05586-LTR