Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN M. KELLY, ) <br> SUSAN S. CRANE, ) <br> WILLIAM J. BICHSEL ) <br> ANNE MONTGOMERY, and ) <br> LYNNE T. GREENWALD, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. CR10-5586BHS <br><br> GOVERNMENT'S *IN CAMERA, EX PARTE*, UNDER SEAL MOTION AND MEMORANDUM SEEKING PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) AND CIPA § 4 |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Arlen R. Storm, Assistant United States Attorney for said District, files notice of Government's *In Camera, Ex Parte*, Under Seal Motion and

//
//
//

Government's Motion and Memorandum Seeking Protective
Order (Kelly, et al, CR105586BHS) - 1

1 | Memorandum Seeking Protective Order Pursuant to Federal Rule of Criminal Procedure
2 | 16(d)(1) and Classified Information Procedures Act ("CIPA") Section 4.
3 |     DATED this 16th day of November, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Arlen R. Storm*
ARLEN R. STORM
Assistant United States Attorney
U.S. Attorney's Office
WSBA #17330
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Arlen.Storm@usdoj.gov

Government's Motion and Memorandum Seeking Protective
Order (Kelly, et al, CR105586BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). This notice was also emailed to the one defendant not receiving CM/ECF notifications (William J. Bichsel).

/s/ Rachel McDowell
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov