

10-5586

RECEIVED
NOV - 9 2010
Benjamin H. Settle

Archbishop's House,
42 Greenhill Gardens,
Edinburgh,
Scotland
EH10 4BJ

Telephone: 0131-447 3337
Fax No: 0131-447 0816
E-mail: cardinal@staned.org.uk

29 October 2010

Judge Benjamin Settle
Tacoma Federal District Court
1717 Pacific Avenue
Tacoma
WA 98402
USA

Dear Judge Benjamin

I note that you will be a judge in a case concerning a Jesuit friend of mine, Reverend Bill Bichsel SJ, and some of his colleagues.

I enclose a copy of a letter which I have sent to him, and in which I speak of my respect for his views.

With my kind regards and good wishes in your onerous responsibilities.

Yours sincerely

+ Keith Patrick Cardinal O'Brien

+ Keith Patrick Cardinal O'Brien
Archbishop of St Andrews and Edinburgh

10-CR-05586-LTR

 

Archbishop's House,
42 Greenhill Gardens,
Edinburgh,
Scotland
EH10 4BJ

Telephone: 0131-447 3337
Fax No: 0131-447 0816
E-mail: cardinal@staned.org.uk

27 October 2010

Reverend Bill Bichsel SJ
Tacoma
USA
bix.tacoma@gmail.com

Dear Bill

Many thanks indeed for your letter to me towards the end of September, and my apologies for the late reply. Since the wonderful visit of Pope Benedict to the UK I have hardly been in one place for more than a day or two, and as a result this reply has been delayed.

Mention of Pope Benedict reminds me of his powerful words on World Day of Prayer for Peace, in 2006, where he spoke directly to our two governments, the British and the American, and to those other few governments who maintain a nuclear weapon arsenal. You probably don't need reminding, but here anyway I repeat what he said:

"What can be said about those governments which count on nuclear arms as a means of securing the security of their countries? This point of view is not only baneful but also completely fallacious. In a nuclear war there would be no victors, only victims."

I am reminded, too, of what the Council Fathers at Vatican II had to say in *Gaudium et Spes*, when they warned that the use of weapons of mass destruction must never be used or even contemplated: "every act of war directed to the indiscriminate destruction of whole cities or vast areas with their inhabitants is a crime against God and man himself, which merits firm and unequivocal condemnation".

I hope that these words are a comfort to you and to your co-defendants at this time, as you await your trial. Your actions are a reminder that people respond in so many different ways to the truth behind these words, and though your action is not one that all of us who work for nuclear disarmament would feel able to take, nevertheless, your sincerity and your desire for peace is clear to all, and is part of the whole, that whole being the great range of work being done to assure a nuclear free world, a clear demand of the Council and our Pope.

I assure you all of my prayerful support at this time, and would appreciate being kept informed of the progress of your trial.

Yours sincerely in Christ

Keith