1

Judge Settle

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10

UNITED STATES OF AMERICA,          )
11                                          )      NO.     CR10-5586BHS
                        Plaintiff,         )
12                                          )      GOVERNMENT'S MOTION *IN*
                  v.                        )      *LIMINE* TO PROHIBIT
13                                          )      ANY DEFENSE BASED ON
STEPHEN M. KELLY,                   )      AN INTERPRETATION OF
14  SUSAN S. CRANE,                    )      INTERNATIONAL LAW,
    WILLIAM J. BICHSEL                )      INCLUDING NUREMBERG
15  ANNE MONTGOMERY, and          )      DEFENSE, AND THE
    LYNNE T. GREENWALD,           )      NECESSITY DEFENSE
16                                          )
                        Defendants.        )
17  _____)

18        The United States of America, by and through Jenny A. Durkan, United States

19  Attorney for the Western District of Washington, Arlen R. Storm and Brian D. Werner,

20  Assistant United States Attorneys for said District, hereby moves the Court for

21  an Order prohibiting the presentation at trial of any defense based on an interpretation of

22  international law, including the Nuremberg defense, or the necessity defense.

23        On October 8, 2010, the defendants filed a Motion to Immediately Dismiss

24  Charges, and thereafter, on October 29, 2010, they filed an "Expanded Motion to Dismiss

25  Charges Because Government Cannot Prove the Essential Elements of Charges Because

26  the Property Allegedly Damaged Conceals Unlawful Weapons of Mass Destruction."

27  In these motions, the defendants moved the Court to dismiss the charges against them or,

28

Government's
Motion *In Limine*
Kelly, et al (CR10-5586BHS)- 1

1   in the alternative, for an order to permit them to introduce, at trial, evidence and

2   testimony regarding the application of international law and the necessity defense.  In

3   connection with these defenses, in their pleadings and during their court appearances, the

4   defendants also have discussed the lethality of nuclear weapons, including, for example,

5   their beliefs regarding the number of nuclear weapons in existence and the damage those

6   weapons theoretically could inflict.

7         On November 22, 2010, this Court, citing applicable case law rejecting the

8   defendants' defenses, including *United States v. Dorrell*, 758 F.2d 427, 430 (9th Cir.

9   1985) (when offer of proof is "insufficient as a matter of law . . . the trial court should

10  exclude the defense and the evidence offered in support")*, United States v. Kabat*, 797

11  F.2d 580, 590 (8th Cir. 1986), and *United States v. Schoon*, 971 F.2d 193, 195 (9th Cir.

12  1991), issued an Order denying the defendants' motions.

13        Pursuant to the Court's November 22, 2010, Order, the government hereby moves

14  the Court, *in limine*, for an Order prohibiting the defendants from presenting evidence and

15  argument relating to the interpretation of international law, including the Nuremberg

16  defense, and relating to the necessity during (1) voir dire; (2) opening statements; (3) the

17  defendants' case-in-chief; (4) cross examination; (5) jury instructions; and (6) closing

18  arguments.

19        In addition, pursuant to Federal Rule of Evidence 402, the government moves the

20  Court for an Order prohibiting the defendants from presenting evidence or argument

21  relating to the lethality of the nuclear weapons.  In this case, evidence relating to the

22  lethality of nuclear weapons would be relevant only to the defendants' necessity defense.

23  If that defense is prohibited by the Court, such evidence would not be relevant to any

24  issue before the jury and, in fact, would present a high likelihood of confusing the issues

25  before the jury.  Accordingly, if the Court enters an Order prohibiting the necessity

26  defense, the government moves the Court to prohibit evidence or argument regarding the

27  lethality of nuclear weapons during (1) voir dire; (2) opening statements; (3) the

28

Government's
Motion *In Limine*
Kelly, et al (CR10-5586BHS)- 2

1  defendants' case-in-chief; (4) cross examination; (5) jury instructions; and (6) closing

2  arguments.

3    DATED this 26th day of November, 2010.

4    Respectfully submitted,

5    JENNY A. DURKAN
     United States Attorney

6

7    /s/Arlen R. Storm
     ARLEN R. STORM

8    Assistant United States Attorney
     U.S. Attorney's Office

9    WSBA #17330
     1201 Pacific Avenue, Suite 700

10   Tacoma, Washington 98402
     Telephone: (253) 428-3800

11   Facsimile: (253) 428-3826
     E-mail: Arlen.Storm@usdoj.gov

12

13   /s/ Brian D. Werner
     BRIAN D. WERNER

14   Assistant United States Attorney
     United States Attorney's Office

15   1201 Pacific Avenue, Suite 700
     Tacoma, Washington 98402

16   Telephone: (253) 428-3800
     Fax: (253) 428-3826

17   E-mail: Brian.Werner@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

Government's
Motion *In Limine*
Kelly, et al (CR10-5586BHS)- 3

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2010, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served

the attorney(s) of record for the defendant(s) that are non CM/ECF participants via

telefax.

 

*/s/ Rachel McDowell*
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

Government's
Motion *In Limine*
Kelly, et al (CR10-5586BHS)- 4